

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2018

No. 04-17-00519-CR

The **STATE** of Texas,
Appellant

v.

Jamie Lynn **NIELSEN**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6238
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On September 5, 2018, this court issued an opinion in this case that was not designated for publication. The State did not file a motion or rehearing or a petition for discretionary review. On October 10, 2018, appellant filed a motion to publish the court's opinion pursuant to Texas Rule of Appellate Procedure 47.2(b). The motion is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court